UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

JONATHAN SMIGA,

      Debtor.

_____/

Chapter 7
Case No. 6:25-bk-04945-TPG

**SNAXSATIONAL BRANDS, LLC'S**
**MOTION TO COMPEL TESTIMONY FROM DEBTOR**

SNAXSATIONAL BRANDS, LLC ("Snaxsational") moves to compel the Debtor, JONATHAN SMIGA ("Debtor" or "Smiga"), to provide testimony as it relates to Snaxsational's claim against Smiga and Smiga's access to funds from Keen Growth Capital Advisors LLC ("KGC"). In support, Snaxsational states as follows:

1. As set forth in the Motion to Modify Automatic Stay Prospectively (Doc. 24) ("Stay Relief Motion"), Snaxsational alleges improper conversion of close to $10,000,000 of Snaxsational funds through KGC for Smiga and Jerry Bello's ("Bello") personal gain.

2. Because the Debtor has refused to consent to the Stay Relief Motion, the Stay Relief Motion is currently set for hearing on October 1, 2025, at 10:30 AM.

3. On September 15, 2025, at 2:30 PM, the Trustee conducted the Meeting of Creditors (Doc. 9).[1]

4. Although Snaxsational was allowed to ask some questions relating to Smiga's Schedules (Doc. 7) and Statement of Financial Affairs (Doc. 6), Smiga's counsel objected to Smiga answering questions relating to (1) Snaxsational's claim against Smiga, which Smiga lists as

---

[1] Because the Meeting of the Creditors was not finished, it was continued to October 7, 2025, at 1:00 PM.

disputed and unliquidated in his Schedules, and (2) Smiga's access to funds from KGC and its affiliates/subsidiaries, including, but not limited to, Keen Growth Capital Fund II and Keen Growth Capital Co-Investment Fund II.

5. The Debtor cannot have it both ways. Snaxsational's questions go directly to the heart of Snaxsational's dispute with Smiga. The Debtor cannot object to the Stay Relief Motion and then refuse to answer questions about Snaxsational's claim when he lists Snaxsational's claim as disputed and unliquidated.

6. Accordingly, Snaxsational is entitled to ask Smiga questions regarding his characterization of Snaxsational's claim and the underlying facts surrounding the claim (including the transferring of monies from KGC to its affiliates/subsidiaries).

7. While Snaxsational has filed the Stay Relief Motion to allow it to pursue the Arbitration Action (as defined in the Stay Relief Motion), and Snaxsational will file a proof of claim and an objection to discharge of its claim under 11 U.S.C. §§ 523 and/or 727, the Court should not allow Smiga to avoid answering questions that go to the heart of Snaxsational's dispute with Smiga.

8. Therefore, the Court should overrule Smiga's improper objections and allow Snaxsational to ask Smiga the questions that go to the heart of Snaxsational's claims at the October 7 continued meeting of the creditors.

9. Prior to the filing of this Motion, the undersigned conferred with counsel for the Debtor. The Parties were not able to agree on the relief sought in the motion.

**CONCLUSION**

**WHEREFORE**, SNAXSATIONAL BRANDS, LLC respectfully requests that this Court overrule Smiga's improper objections and allow Snaxsational to ask Smiga the questions that go to the heart of Snaxsational's claims at the October 7 continued meeting of the creditors, along with such other relief as this Court deems just and proper.

Dated: September 30, 2025,                    Respectfully submitted,

**GUNSTER**

*/s/ Michael B. Green, Esq.*
Michael B. Green, Esq.
Florida Bar No.: 747180
Nicolaos Soulellis, Esq.
Florida Bar No.: 1031737
600 Brickell Ave, Unit 3500
Miami, FL 33131
(305) 376-6064
Primary Email:        mgreen@gunster.com
                      nsoulellis@gunster.com
Secondary Email:      virastorza@gunster.com
                      tbacchus@gunster.com

*Attorneys for Snaxsational Brands, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Motion was furnished via regular U.S. Mail to Debtor, Jonathan S Smiga 25601 Hutcheson Lane, Sorrento, FL 32776, and by electronic mail to Debtor's Counsel, Kenneth D Herron, Jr Herron Hill Law Group, PLLC P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com; the Trustee, through its counsel, by U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee 5717 Red Bug Lake Rd #284, Winter Springs, FL 32708, The U.S. Trustee, via U.S. Mail, to Office of the United States Trustee George C Young Federal Building 400 West Washington Street, Suite 1100 Orlando, FL 32801, and all parties who receive notice electronically through CM/ECF on this 30th day of September 2025.

                                              */s/ Michael B. Green, Esq.*
                                              Michael B. Green, Esq.

ACTIVE:38313952.1