

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2025 10:30 AM

COURTROOM   6A, 6th Floor

HONORABLE TIFFANY GEYER

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:25-bk-04945-TPG        7** | **08/05/2025** |

**Chapter 7**

**DEBTOR:**   Jonathan Smiga

**DEBTOR ATTY:**   Kenneth Herron

**TRUSTEE:**   Arvind Mahendru

**HEARING:**

Preliminary Hearing
Snaxsational Brands, LLC's Motion to Modify Automatic Stay Prospectively (Doc #24) 9/2/25
         re: to pursue and litigate claims in personam (as to liability only)
Debtor's Response (Doc #30) 9/29/25
Pending:
Snaxsational Brands, LLC's Motion to Compel Testimony from Debtor (Doc #31) 9/30/25
Notes:
341 continued to 10/7/25
claims deadline: 10/14/25
obj discharge: 11/14/25

**APPEARANCES:**:

Kenneth D Herron (Debtor),
Nicolaos Soulellis (Snaxsational Brands, LLC),

**RULING:**

Preliminary Hearing

 1)   Snaxsational Brands, LLC's Motion to Modify Automatic Stay Prospectively re: to pursue and litigate claims in personam (as to liability only)   (Doc #24): Under Advisement - Hearing Continued to 11/12/2025 at 2:30 PM (AOCNFNG),

Debtor's Response (Doc #30),

 2)   Snaxsational Brands, LLC's Motion to Compel Testimony from Debtor   (Doc #31): Denied; Order by Soulellis

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.