**ORDERED.**

**Dated:  October 06, 2025**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

Chapter 7

JONATHAN SMIGA,                                    Case No. 6:25-bk-04945-TPG

Debtor.

_____/

**ORDER DENYING SNAXSATIONAL BRANDS, LLC'S
MOTION TO COMPEL TESTIMONY FROM DEBTOR**

This case came before the Court on October 1, 2025, at 10:30 AM ("Hearing") on Snaxsational Brands, LLC's Motion to Compel Testimony (Doc. 31) ("Motion"). The Court, having reviewed the Motion, heard the argument of counsel at the Hearing, and being otherwise duly advised in the premises, ORDERS and ADJUDGES as follows:

1.      For the reasons set forth in open court, the Motion is DENIED.

###

Attorney Michael B. Green is directed to serve a copy of this Order upon all interested parties and file a certificate of service within 3 days of entry of this Order.

ACTIVE:38545874.1