United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-04945-TPG |
| Jonathan S Smiga | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113A-6        User: admin        Page 1 of 2
Date Rcvd: Oct 06, 2025        Form ID: pdfdoc        Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan S Smiga, 25601 Hutcheson Lane, Sorrento, FL 32776-8131 |
| cr | + | Snaxsational Brands, LLC, c/o Michael B. Green, 600 Brickell Ave, Unit 3500, Miami, FL 33131-3090 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2025 23:08:08 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | KGC Fund II LP |
| cr | | MERS of Michigan |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ari Cuenin | |
| | on behalf of Creditor MERS of Michigan ari@stonehilton.com |

Arvind Mahendru
amtrustee@gmail.com am01@trustesolutions.net

Kenneth D Herron, Jr
on behalf of Debtor Jonathan S Smiga chip@herronhilllaw.com chip@ecf.courtdrive.com;1049@notices.nextchapterbk.com

Michael B Green
on behalf of Creditor Snaxsational Brands LLC mgreen@gunster.com, virastorza@gunster.com

Michelle Genet Bernstein
on behalf of Creditor KGC Fund II LP mbernstein@polsinelli.com

Nicolaos Soulellis
on behalf of Creditor Snaxsational Brands LLC nsoulellis@gunster.com, tbacchus@gunster.com

United States Trustee - ORL7/13
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 7

**ORDERED.**

Dated: October 06, 2025

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

                                                    Chapter 7

JONATHAN SMIGA,                        Case No. 6:25-bk-04945-TPG

              Debtor.
_____/

**ORDER DENYING SNAXSATIONAL BRANDS, LLC'S**
**MOTION TO COMPEL TESTIMONY FROM DEBTOR**

This case came before the Court on October 1, 2025, at 10:30 AM ("Hearing") on Snaxsational Brands, LLC's Motion to Compel Testimony (Doc. 31) ("Motion"). The Court, having reviewed the Motion, heard the argument of counsel at the Hearing, and being otherwise duly advised in the premises, ORDERS and ADJUDGES as follows:

1.      For the reasons set forth in open court, the Motion is DENIED.

1

###

Attorney Michael B. Green is directed to serve a copy of this Order upon all interested parties and file a certificate of service within 3 days of entry of this Order.

ACTIVE:38545874.1