UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

JONATHAN SMIGA,

      Debtor.
_____/

Chapter 7
Case No. 6:25-bk-04945-TPG

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the Order Denying Motion to Compel Testimony from Debtor (ECF No. 33) was transmitted electronically to all parties registered to receive service in this case via CM/ECF filing system, and sent via U.S. Mail to all Interested Parties who do not receive service via CM/ECF.

Dated: October 9, 2025,

Respectfully Submitted,

**GUNSTER**

/s/ *Michael B. Green, Esq.*
Michael B. Green, Esq.
Florida Bar No.: 747180
Nicolaos Soulellis, Esq.
Florida Bar No.: 1031737
600 Brickell Ave, Unit 3500
Miami, FL 33131
(305) 376-6064
Primary Email:   mgreen@gunster.com
                              nsoulellis@gunster.com
Secondary Email: virastorza@gunster.com
                              tbacchus@gunster.com

*Attorneys for Snaxsational Brands, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Motion was furnished via regular U.S. Mail to Debtor, Jonathan S Smiga 25601 Hutcheson Lane, Sorrento, FL 32776, and

by electronic mail to Debtor's Counsel, Kenneth D Herron, Jr Herron Hill Law Group, PLLC P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com; the Trustee, through its counsel, by U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee 5717 Red Bug Lake Rd #284, Winter Springs, FL 32708, The U.S. Trustee, via U.S. Mail, to Office of the United States Trustee George C Young Federal Building 400 West Washington Street, Suite 1100 Orlando, FL 32801, and all parties who receive notice electronically through CM/ECF on this 9th day of October 2025.

/s/ *Nicolaos Soulellis, Esq.*
Nicolaos Soulellis, Esq.