**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br>**JONATHAN SMIGA**,<br><br>      *Debtor*. | CHAPTER 7<br>Case No. 6:25-bk-04945-TPG |

**MOTION FOR ADMISSION OF ARI CUENIN TO APPEAR PRO HAC
VICE AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

Ari Cuenin, of Stone Hilton PLLC ("Movant"), pursuant to Local Rule 2090-1, moves this Court for admission to appear *pro hac vice*, in this case, and any related adversary proceedings, as counsel for creditor Municipal Employees' Retirement System of Michigan ("M.E.R.S. of Michigan" or "MERS of Michigan") and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in Texas.

2. Movant is also admitted to practice before and is in good standing with the United States District Court for the United States District Court, Eastern District of Texas; United States District Court, Northern District of Texas; United States District Court, Southern District of Texas; and United States District Court, Western District of Texas.

3. Movant designates Mark S. Mitchell, a resident Florida attorney, of Rogers Towers, P.A., who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Texas or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent MERS of Michigan in this case and any related adversary proceedings.

Dated: October 15, 2025　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　*/s/ Ari Cuenin*
　　　　　　　　　　　　　　　　　　　　　Ari Cuenin
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24078385
　　　　　　　　　　　　　　　　　　　　　ari@stonehilton.com

　　　　　　　　　　　　　　　　　　　　　Christopher D. Hilton
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24087727
　　　　　　　　　　　　　　　　　　　　　Noah Schottenstein
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24100661

**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-3897
chris@stonehilton.com
noah@stonehilton.com

*Counsel for MERS of Michigan*

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion was sent to:

Debtor, Jonathan S. Smiga, 25601 Hutcheson Lane, Sorrento, FL 32776, via U.S. Mail, and by electronic mail to Debtor's Counsel, Kenneth D, Herron, Jr., Herron Hill Law Group, PLLC, P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com;

Trustee, through its counsel, via U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee, 5717 Red Bug Lake Rd. #284, Winter Springs, FL 32708;

U.S. Trustee, via U.S. Mail, to Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100 Orlando, FL 32801;

and all parties who receive notice electronically through CM/ECF on this 15th day of October 2025.

*/s/ Ari Cuenin*
Ari Cuenin
Texas Bar No. 24078385
ari@stonehilton.com

Christopher D. Hilton
Texas Bar No. 24087727
Noah Schottenstein
Texas Bar No. 24100661
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-3897
chris@stonehilton.com
noah@stonehilton.com

*Counsel for MERS of Michigan*