# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br>**JONATHAN SMIGA,**<br><br>        *Debtor*. | **CHAPTER 7**<br>**Case No. 6:25-bk-04945-TPG** |

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Mark S. Mitchell, an attorney qualified to practice in this Court, consent to designation as the local attorney for Ari Cuenin, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

Date: October15, 2025

Local Counsel:

*/s/ Mark S. Mitchell*
Mark S. Mitchell
Florida Bar No. 18039
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
Telephone:  904.346.5711
Email:  mmitchell@rtlaw.com

*Local Counsel Ari Cuenin, of Stone Hilton PLLC,*
*Counsel for MERS of Michigan*

**PURSUANT TO LOCAL RULE 1001-2(g)(3) REGARDING SIGNATURES, ARI CUENIN ATTESTS THAT CONCURRENCE IN THE FILING OF THIS PAPER HAS BEEN OBTAINED.**

## **PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this designation was sent to:

Debtor, Jonathan S. Smiga, 25601 Hutcheson Lane, Sorrento, FL 32776, via U.S. Mail, and by electronic mail to Debtor's Counsel, Kenneth D, Herron, Jr., Herron Hill Law Group, PLLC, P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com;

Trustee, through its counsel, via U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee, 5717 Red Bug Lake Rd. #284, Winter Springs, FL 32708;

U.S. Trustee, via U.S. Mail, to Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100 Orlando, FL 32801;

and all parties who receive notice electronically through CM/ECF on this 15th day of October 2025.

*/s/ Ari Cuenin*
Ari Cuenin
Texas Bar No. 24078385
ari@stonehilton.com

Christopher D. Hilton
Texas Bar No. 24087727
Noah Schottenstein
Texas Bar No. 24100661
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-3897
chris@stonehilton.com
noah@stonehilton.com

*Counsel for MERS of Michigan*