**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br>**JONATHAN SMIGA,**<br><br>    *Debtor*. | **CHAPTER 7**<br>**Case No. 6:25-bk-04945-TPG** |

**NOTICE OF COMPLIANCE WITH ORDER**
**GRANTING MOTION TO APPEAR PRO HAC VICE**

Ari Cuenin, counsel for Creditor Municipal Employees' Retirement System of Michigan, ("M.E.R.S. of Michigan" or "MERS of Michigan") gives notice that:

1. On October 17, 2025, the Court granted Ari Cuenin of Stone Hilton, PLLC permission to appear pro hac vice in the above captioned case. (Doc. No. 37).

2. On October 17, 2025, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida by check via Federal Express for delivery on Monday, October 20, 2025.

Dated: October 17, 2025                                  Respectfully submitted.

                                                                         */s/ Ari Cuenin*
                                                                         Ari Cuenin (*admitted pro hac vice*)
                                                                         Texas Bar No. 24078385
                                                                         ari@stonehilton.com
                                                                         Christopher D. Hilton
                                                                         Texas Bar No. 24087727
                                                                         Noah Schottenstein
                                                                         Texas Bar No. 24100661

1

**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-3897
chris@stonehilton.com
noah@stonehilton.com

Mark S. Mitchell
Florida Bar No. 18039
**Rogers Towers, P.A**.
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
Telephone:  904.346.5711
Email:  mmitchell@rtlaw.com

*Counsel for MERS of Michigan*

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice was sent to:

Debtor, Jonathan S. Smiga, 25601 Hutcheson Lane, Sorrento, FL 32776, via U.S. Mail, and by electronic mail to Debtor's Counsel, Kenneth D, Herron, Jr., Herron Hill Law Group, PLLC, P. O. Box 2127 Orlando, FL 32802, chip@herronhilllaw.com;

Trustee, through its counsel, via U.S. Mail, to Arvind Mahendru, Chapter 7 Trustee, 5717 Red Bug Lake Rd. #284, Winter Springs, FL 32708;

U.S. Trustee, via U.S. Mail, to Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100 Orlando, FL 32801;

and all parties who receive notice electronically through CM/ECF on this 17th day of October 2025.

*/s/ Ari Cuenin*
Ari Cuenin (*admitted pro hac vice*)
Texas Bar No. 24078385
ari@stonehilton.com
Christopher D. Hilton
Texas Bar No. 24087727
Noah Schottenstein
Texas Bar No. 24100661
**STONE HILTON PLLC**
600 Congress Ave., Ste. 2350
Austin, TX 78701
Telephone: (737) 465-3897
chris@stonehilton.com
noah@stonehilton.com

2

Mark S. Mitchell
Florida Bar No. 18039
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
Telephone:  904.346.5711
Email:  mmitchell@rtlaw.com

*Counsel for MERS of Michigan*